**FILED**

03/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0660

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0660

| | |
|---|---|
| TAI TAM, LLC,<br><br>       Plaintiff and Appellant,<br><br>   v.<br><br>MISSOULA COUNTY, acting by and through its BOARD OF COUNTY COMMISSIONERS,<br><br>       Defendant and Appellee. | ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Appellant Tai Tam, LLC, has requested a 30-day extension from March 9, 2022, up to and including April 8, 2022, to file its Opening Brief in this matter. Good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant Tai Tam, LLC, shall have until and including April 8, 2022, within which to file its Opening Brief.

Electronically signed and dated below.

ORDER GRANTING MOTION
FOR EXTENSION OF TIME           1
4880-6291-9444

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 9 2022